UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY HANNAFORD,<br><br>                    Plaintiff,<br><br>        v.<br><br>LENNOX REALTY, INC.,<br><br>                    Defendant. | CASE NO. 2:23-cv-00141-JHC<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

   The parties in this case have repeatedly missed deadlines imposed by the Court. The Court ordered that the parties provide a joint status report (JSR) by April 11, 2023. Dkt. # 6. The parties did not do so. *See generally* Dkt. The Court then issued an order to show cause as to why the action should not be dismissed for failure to comply with the Court's deadlines. Dkt. # 7. In response, the parties informed the Court that they agreed to extend the JSR deadline to June 10, 2023. Dkt. # 8. But the parties did not file a JSR by that date. *See generally* Dkt. The Court then issued another order to show cause in which the Court requested a response by July 3, 2023. Dkt. # 11. The Court warned the parties that failure to timely respond could lead to dismissal. *Id.* Notwithstanding this warning, the parties did not respond. *See generally* Dkt.

   Accordingly, the Court DISMISSES this action WITHOUT PREJUDICE.

ORDER DISMISSING ACTION WITHOUT PREJUDICE - 1

Dated this 6th day of July, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER DISMISSING ACTION WITHOUT PREJUDICE - 2